

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00117-CR

| | | |
|---|---|---|
| Christopher Yarborough | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1313733D) |
| v. | § | April 16, 2015 |
| | § | Opinion by Justice Walker |
| | § | Dissent by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
       Justice Sue Walker